**ARIAS v. STATE.**

No. 18212.

Court of Criminal Appeals of Texas.

April 15, 1936.

Geo. H. Gilpin and Chas. D. Bates, Jr., both of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**CHRISTIAN, Judge.**

The offense is robbery; the punishment, confinement in the penitentiary for five years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

**PER CURIAM.**

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.